BEFORE JUDGE DONLON, NOVEMBER 30, 1967

**No. R67/120.**—The Tupman Thurlow Co., Inc. *v.* United States, reappraisement R60/18228 (Philadelphia).

In accordance with stipulation of counsel that the issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696), the court found and held that United States value, as defined in section 402a(e), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for determining value of the canned meat products exported from Argentina during the period January 1, 1959, through December 31, 1959, and that such values per dozen tins, net packed, are the respective values shown as plaintiff's claimed values on schedule "B," for the respective products and sizes of container described on the invoice and as stated in the entry and recited in said schedule "B," during those periods which correspond to the time of exportation of the canned meat products covered by this appeal for reappraisement, said schedule "B," being attached to and made a part of this decision.

**No. R67/121.**—Wilson & Co., Inc. *v.* United States, reappraisement R60/22399 (Philadelphia).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (56 Cust. Ct. 636, Reap. Dec. 11147) and *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696), the court found and held that export value, as defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of the value of the canned corned beef exported from Argentina, during the period January 1, 1959, through December 31, 1959, and that such values per dozen tins, net packed, are the respective values shown as plaintiff's claimed values on schedule "B," for the respective products and sizes of container described on the invoice and as stated in the entry and recited in said schedule "B," during those periods which correspond to the time of exportation of the canned corned beef covered by this appeal for reappraisement, said schedule "B," being attached to and made a part of this decision.

**No. R67/122.**—International Packers, Limited *v.* United States, reappraisement R61/7773 (Charleston, S.C.).

**No. R67/123.**—International Packers, Limited *v.* United States, reappraisement R61/19767 (New Orleans).

**No. R67/124.**—Wilson & Co., Inc. *v.* United States, reappraisements R62/13837, R62/15100, and R61/12448 (San Francisco).

In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *International Packers, Limited* v. *United States* (56 Cust. Ct. 636, Reap. Dec. 11147) as to the merchandise appraised on the basis of export value, and *International Packers, Limited* v. *United States* (52 Cust. Ct. 472, Reap. Dec. 10696) as to the merchandise appraised on the basis of United States value, the court found and held that export value and United States value as defined in sections 402(b) and 402a(e), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, are the proper bases for determining value of the entered canned meat products, listed on schedule "B," under the headings "Export Value" and "United States Value," packed in container sizes identified on such schedule, and exported from Argentina during the period January 1, 1959, through December 31, 1959, described on the invoices of the entries covered by these appeals for reappraisement, and that such value per dozen tins, net packed, are the respective values shown as plaintiffs' claimed values on schedule "B," for the respective products and sizes of container described on the invoices and stated in the entries and recited in schedule "B," under the headings "Export Value" and "United States Value," during those periods which correspond to the respective times of exportation of the schedule "B" canned meats, described under the headings "Export Value" and "United States Value," covered by these appeals for reappraisement, said schedule "B" being attached to and made a part of these decisions.

BEFORE CHIEF JUDGE RAO, DECEMBER 12, 1967